UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERCHON R. JONES,

     Plaintiff,

                              CASE NO.: 12-13673

v.                            HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment with respect to the Defendant's decision to deny Plaintiff's application for Social Security disability benefits. The Court is also in receipt of Magistrate Judge R. Steven Whalen's Report and Recommendation, wherein the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted. Plaintiff has filed objections to the Report and Recommendation.

After a thorough review of the court file, the Report and Recommendation, and the objections to the Report and Recommendation filed by Plaintiff (including the decision previously issued by this Court that is attached to Plaintiff's objections, the facts of which are clearly distinguishable from the facts of this case), this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Accordingly, Plaintiff's Motion for Summary Judgment is DENIED,

Defendant's  Motion for Summary Judgment is GRANTED, and Plaintiff's cause of action is hereby DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

     IT IS SO ORDERED.

S/Lawrence P. Zatkoff

LAWRENCE P. ZATKOFF

UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2013